IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Fox, Brendan

Printed: 9/23/08

Case Number: 08 B 05741
Judge: Wedoff, Eugene R
Filed: 3/11/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Dismissed: July 17, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 3,400.00 |  |
| Secured: |  | 747.03 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 824.00 |
| Trustee Fee: |  | 109.21 |
| Other Funds: |  | 1,719.76 |
| Totals: | 3,400.00 | 3,400.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Konstantine T Sparagis | Administrative | 824.00 | 824.00 |
| 2. | Aurora Loan Service | Secured | 0.00 | 0.00 |
| 3. | Roman Aluminum Inc | Secured | 0.00 | 0.00 |
| 4. | Gary Galassi Stone & Steel | Secured | 0.00 | 0.00 |
| 5. | GMAC Auto Financing | Secured | 2,558.13 | 747.03 |
| 6. | Aurora Loan Service | Secured | 65,828.49 | 0.00 |
| 7. | State Bank of Countryside | Secured | 10,449.00 | 0.00 |
| 8. | State Bank of Countryside | Secured | 7,703.00 | 0.00 |
| 9. | ECast Settlement Corp | Unsecured | 28,842.99 | 0.00 |
| 10. | ECast Settlement Corp | Unsecured | 280.00 | 0.00 |
| 11. | American Express Travel Relate | Unsecured | 35,760.70 | 0.00 |
| 12. | Schaaf Window Co | Unsecured | 32,527.65 | 0.00 |
| 13. | Michael Bromfield | Unsecured | 29,392.00 | 0.00 |
| 14. | I N R Beatty Lumber Co. | Unsecured | 8,197.88 | 0.00 |
| 15. | Armor Tile & Supply | Unsecured |  | No Claim Filed |
| 16. | B-Real LLC | Unsecured |  | No Claim Filed |
| 17. | Collection Services Division | Unsecured |  | No Claim Filed |
| 18. | I N R Beatty Lumber Co. | Unsecured |  | No Claim Filed |
| 19. | GC Services | Unsecured |  | No Claim Filed |
| 20. | I N R Beatty Lumber Co. | Unsecured |  | No Claim Filed |
|  |  |  | $ 222,363.84 | $ 1,571.03 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 109.21 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Fox, Brendan

Printed:  9/23/08

Case Number:  08 B 05741
Judge:  Wedoff, Eugene R
Filed:  3/11/08

_____
$ 109.21

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

